# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEJANDRO ORTIZ-PATINO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAMCOR, INC. MECHANICAL MAINTENANCE AND DESIGN, INC., AND NICK S. BEAVER<br><br>Defendants | No. 17-12400 |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Court, having considered Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ORDERS as follows:

1. The Motion for Preliminary Approval of Class Settlement is GRANTED.

2. The Settlement Class Defined in the Parties' Proposed Settlement Agreement is hereby certified for settlement purposes only.

3. The law firm of Lichten and Liss-Riordan, P.C is hereby appointed as Class Counsel.

4. The named Plaintiff Alejandro Ortiz-Patino is hereby appointed as the Class Representative.

5. Class counsel shall distribute the notice in the form attached to the Motion for Preliminary Approval to all members of the settlement class.

6. A Final Approval Hearing shall occur on <u>August 15, 2019 at 10:00 AM</u>.

**SO ORDERED.**

DATE <u>April 30, 2019</u>

*/s/ Allison D. Burroughs*
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE